In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of GEORGE WITTNER AND CO., INC., Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board which affirmed a referee's decision to the effect that respondent duly filed an application to cease to be subject to the Unemployment Insurance Law (Labor Law, art. 18) as of January 1, 1943. The Board found as a fact, and upon competent evidence, that the application was properly executed and duly mailed to the Division at Albany, New York. The only proof for appellant is to the effect that employees of the Division have searched for and have not found the application on file. It cannot be held as a matter of law that the employees of the Division are infallible. The decision of the Board points out the impracticability of compelling employers to deliver applications in person at the Division's office at Albany, but even if such procedure were required there is no guarantee that an application might not be mislaid even in that office. There is evidence to sustain the findings of the Board. Decision affirmed, without costs. All concur.

In the Matter of THOMAS DE METRE et al., Respondents, against E. ROBERT HALL, Appellant.— This is an appeal from the order of the County Judge of Fulton County denying a motion, upon the special appearance of the appellant's attorney, for a dismissal of a petition and precept in summary proceedings and for a stay of proceedings because appellant is in the military service of the United States Government. There was no proof before the County Judge to show that the absence of appellant would materially interfere with his defense to the proceeding. In fact, the proof is very clear that he has no defense. The other grounds urged for dismissal of the petition and precept are highly technical and are all devoid of merit. Order affirmed, without costs. All concur. [See *post*, p. 873.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BJORN REED, Appellant, against FRANK S. HOGAN, as District Attorney of New York County, et al., Respondents.— Appeal from an order of the Supreme Court, Clinton County Special Term, denying petitioner's application for an order in the nature of mandamus under article 78 of the Civil Practice Act. Petitioner was convicted of the crime of robbery in the first degree after a trial in the Court of General Sessions of the County of New York. His application in this proceeding was for an order to compel respondents [district attorney and warden] or either of them, to deliver to him copies of grand jury records of two indictments involved, and a copy of Exhibit B used on his trial. There was no duty on the part of either respondent to furnish such copies. Order affirmed, without costs. All concur.